IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN C. WARD,

     Plaintiff,                    No. 2:11-cv-1657 GEB EFB P

     vs.

RICHARD IVES, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 14, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed January 14, 2013, are adopted in full; and

2. Defendant Ives is dismissed from this action for failure to state a claim upon which relief may be granted.

Dated:  March 11, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge