UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. WARD, | No. 2:11-cv-1657-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| RICHARD IVES, et al., | |
| Defendants. | |

Plaintiff is proceeding without counsel in an action brought pursuant to the Federal Tort Claims Act ("FTCA") claim and First Amendment and Eighth Amendment claims under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed November 18, 2014, are adopted in full; and

2. This action is dismissed.  Fed. R. Civ. P. 41(b); E. D. Cal. Local Rule 110.

Dated:  January 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge